UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN AND CLAIRE TUEPKER                                                  PLAINTIFFS

V.                                                    CIVIL ACTION NO. 1:05cv559-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY                              DEFENDANT

**ORDER**

In an effort to rid the docket sheet of motions still shown as outstanding, **IT IS ORDERED**:

Inasmuch as the Court denied [8] Defendant State Farm's Motion to Dismiss after Defendant State Farm's [10] Amended Motion to Dismiss Complaint was filed, the amended motion is also **DENIED**;

Plaintiffs' [37] Motion to Withdraw [15] Motion for Partial Summary Judgment is **GRANTED**, rendering the [15] Motion for Partial Summary Judgment **MOOT**;

The [20] Motion for Leave to File Brief of *Amici Curiae* by the American Insurance Association, the National Association of Mutual Insurance Companies, and the Property Casualty Insurers Association of America is **DENIED**;

The [26] Motion for Leave to File Brief of *Amicus Curiae* by Judy M. Guice is **DENIED**.

**SO ORDERED** this the 27th day of September, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge